JS-6

Jonathan Solish, S.B.N. 67609
Kristy A. Murphy, S.B.N. 252234
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
Email:       jonathan.solish@bryancave.com
             kristy.murphy@bryancave.com

Attorneys for Plaintiff
MOM CORPS FRANCHISE COMPANY, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOM CORPS FRANCHISE COMPANY, LLC, | Case No. CV 14-04495 BRO (PJWx) |
| Plaintiff, | [Assigned to the Hon. Beverly Reid O'Connell] |
| vs. | **ORDER ON STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION PURSUANT TO RULE 41(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE** |
| J/K VENTURES, LLC; KATE PLETCHER; JULIE LACOUTURE, and TREEHOUSE PARTNERS, | |
| Defendants. | |
| | Trial:  November 17, 2015 |

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

ORDER ON
STIPULATION FOR VOLUNTARY DISMISSAL

1      **IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff

2 Mom Corps Franchise Company, LLC and Defendants, J/K Company, LLC, Kate

3 Pletcher, Julie Lacouture and Treehouse Partners, through their respective counsel

4 of record, that in accordance with the terms of the Settlement Agreement dated

5 August 19, 2015, the entire action, including the First Amended Complaint and

6 Counterclaims, shall be voluntarily dismissed pursuant to Fed. R. Civ. P. 41(a)(1),

7 with prejudice.  Each party shall bear their own fees and costs except to the extent

8 previously agreed otherwise among and between Defendants.

9      **IT IS SO STIPULATED.**

10

11 DATED:  October 2, 2015      **BRYAN CAVE  LLP**

12

13          By:___/s/ Kristy A. Murphy_____

14            Kristy A. Murphy
           Attorneys for Plaintiff

15            MOM CORPS FRANCHISE
           COMPANY, LLC

16

17 DATED:  October 2, 2015      **SIDLEY AUSTIN LLP**

18

19          By:___/s/ Mark D. Campbell_____

20            Mark D. Campbell
           Attorneys for Defendants

21            J/K COMPANY, LLC, KATE
           PLETCHER, and TREEHOUSE
           PARTNERS

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

ORDER ON
1

1   DATED:  October  2, 2015

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**


By:   /s/ Wendy Lane
Wendy E. Lane
Attorneys for Defendant
JULIE LACOUTURE


Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer, Kristy A. Murphy, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


**IT IS SO ORDERED.**

**DATED:** ____October 9, 2015____


UNITED STATES DISTRICT JUDGE

STIPULATION FOR VOLUNTARY DISMISSAL

1
2

**PROOF OF SERVICE**

3
4
5

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 120 Broadway, Suite 300, Santa Monica, CA  90401-2305.  My e-mail address is debbie.throckmorton@bryancave.com.

6
7
8

On October 2, 2015, I served the foregoing document(s), described as: **STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION PURSUANT TO RULE 41(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE**, on each interested party in this action, as follows:

9
10
11
12
13

Olivia Goodkin, Esq.                          *Attorneys for Defendant*
Wendy E. Lane, Esq.                          *JULIE LACOURTURE*
Greenberg Glusker Fields Claman &
Machtinger LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA  90067-4590
Tel: (310) 553-3610

14
15
16
17

Mark D. Campbell, Esq.                     *Attorneys For Defendants J/K*
Sidley Austin LLP                                *COMPANY, LLC, KATE*
555 West Fifth Street                           *PLETCHER and TREEHOUSE*
Los Angeles, CA 90013                        *PARTNERS*
Tel.: (213) 896-6143

18
19
20
21

☒      (VIA ELECTRONIC SERVICE)  The document was served via The United States District Court – Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case.

22
23

☒      (FEDERAL ONLY)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

24

Executed on October  2, 2015, at Santa Monica, California.

25

I declare under penalty of perjury that the foregoing is true and correct.

26
27

_/s/Debbie Throckmorton_____
Debbie Throckmorton

28

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386